CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JAN - 3 2006

JOHN F. CORCORAN, CLERK
BY: ~~~~~~~~
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| DAVID WAYNE PRUITT, #343943, | ) | |
| Plaintiff, | ) | Civil Action No. 7:05cv00560 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| ROCKINGHAM HARRISONBURG | ) | |
| REGIONAL JAIL, et al., | ) | By: Jackson L. Kiser |
| Defendants. | ) | Senior U.S. District Judge |

In accordance with the Memorandum Opinion entered this day it, is hereby

## ORDERED

that:

1) Defendant's motion for summary judgment as to plaintiff's claims brought under the First Amendment, is hereby **GRANTED**;

2) Plaintiff's claims brought under the Eighth and Fourteenth Amendments are hereby **DISMISSED** without prejudice pursuant to §1915A(b)(1);

3) All state law claims brought in the instant action are hereby dismissed without prejudice; and

4) This case will be **STRICKEN** from the active docket of the court.

Plaintiff is advised that he may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Civil Procedure by filing a notice of appeal with this court within thirty (30) days of entry of this Order, or within such extended period as the court may grant pursuant to Rule 4(a)(5) or 4(a)(6).

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff and counsel of record for the defendants.

ENTER: This **3**rd day of ~~December~~ January, 200~~5~~6.

Jackson L. Kiser
Senior United State District Judge